UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH SMITH,
o.b.o. S.K.W.,

       Plaintiff,

v.

File no: 1:16-CV-1175

HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

NOW THEREFORE, the Report and Recommendation (ECF No.) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act (ECF No. 16) is **granted in part and denied in part**.

IT IS FURTHER ORDERED that Plaintiff is awarded five thousand, twenty dollars ($5,020.00) pursuant to the EAJA, and that such amount be paid directly to Plaintiff.

Date: November 2, 2018         /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                           CHIEF UNITED STATES DISTRICT JUDGE